**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JDS Hospitality Group LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1002653** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12123 Killian Street** **El Monte, CA 91732** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | **818 Real Road Bakersfield, CA 93309** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JDS Hospitality Group LLC**                                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **JDS Hospitality Group LLC**                                        Case number (*if known*) _____
         Name

---

**11. Why is the case filed in** *this district?*    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ **No**

☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ **No**

☐ **Yes.**  Insurance agency  _____
            Contact name  _____
            Phone  _____

---

███    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     **JDS Hospitality Group LLC**                                    Case number (*if known*) _____
           Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 14, 2018**
               MM / DD / YYYY

**X** **/s/ Rhonda Chung**                                    **Rhonda Chung**
Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**    **X** **/s/ Christopher J. Langley**          Date    **October 14, 2018**
                                 Signature of attorney for debtor                     MM / DD / YYYY

                                 **Christopher J. Langley 258851**
                                 Printed name

                                 **Law Offices of Langley & Chang**
                                 Firm name

                                 **4158 14th St.**
                                 **Riverside, CA 92501**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone    **951-383-3388**        Email address    **chris@langleylegal.com**

                                 **258851 CA**
                                 Bar number and State

---

Debtor   **JDS Hospitality Group LLC**
   Name

Case number (*if known*)

---

█████ **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2018**
             MM / DD / YYYY

**X** _____
Signature of authorized representative of debtor

**Rhonda Chung**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date    **October 13, 2018**
    MM / DD / YYYY

**Christopher J. Langley 258851**
Printed name

**Law Offices of Langley & Chang**
Firm name

**4158 14th St.**
**Riverside, CA 92501**
Number, Street, City, State & ZIP Code

Contact phone    **951-383-3388**    Email address    **chris@langleylegal.com**

**258851 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2018**    X _____

Signature of individual signing on behalf of debtor

**Rhonda Chung**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **JDS Hospitality Group LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amanda Chung 1137 Sunset Blvd., Arcadia Arcadia, CA 91007 | | wages | | | | **$48,000.00** |
| Booking.com attn: Officer Postbus 1639 1000 BP Amsterdam | | vendor | Contingent Unliquidated Disputed | | | **$32,362.60** |
| Bright House Networks / Spectrum Attn: Officer P.O BOX 7195 Pasadena, CA 91109 | | utilities | Contingent Unliquidated Disputed | | | **$11,184.00** |
| California Water Service Company Attn: Officer PO Box 51967 Los Angeles, CA 90051-6267 | | water utilities | | | | **$7,865.00** |
| City of Bakersfield Attn: Officer P.O. BOX 2057 Bakersfield, CA 93303 | | | Contingent Unliquidated Disputed | | | **$18,009.27** |
| City of Bakersfield Tresaury Department P.O. Box 2057 Bakersfield, CA 93303 | | | | $110,000.00 | $0.00 | **$110,000.00** |
| Days Inns Worldwide, Inc. Attn: Officer 22 Sylvan Way Parsippany, NJ 07054 | | Franchise Fees | | | | **$68,264.00** |

| Debtor | **JDS Hospitality Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DirectTV Attn: Officer P.O. Box 6550 Englewood, CO 80155-6550** | | **utilities** | | | | **$7,547.22** |
| **Everest National Insurance Company Attn: Officer 2600 W. Geronimo Place, Ste 100 Chandler, AZ 85224** | | | | | | **$12,950.00** |
| **First Choice Bank Attn: Officer 17785 Center Court Dr. N Cerritos, CA 90703** | | **Furniture, Fixtures, and equipment. See Exhibit "1". This list may not be exhaustive but is Debtor's best estimate at this time. Valuation is an es** | | **$350,055.00** | **$100,212.00** | **$249,843.00** |
| **Forward Financing LLC C/O Corporate Creations Network Inc 3411 Silverside Road Tatnall Building Ste 104 Wilmington, DE 19810** | | **90 days or less: Account receivables, See exhibit "2". List is approximate and Debtor's best estimate at this time.** | | **$75,000.00** | **$14,512.03** | **$60,487.97** |
| **Franchise Tax Board Attn: Officer Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952** | | **Estimated Q2 - Q4 2017 and Q1 and Q2 2017 Payroll Taxes** | | | | **$50,000.00** |
| **Franchise Tax Board Attn: Officer Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952** | | **Franchise Fees** | | | | **$3,500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | JDS Hospitality Group LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD Supply Facilities Maintenance LT Attn: Officer P.O. Box 509058 San Diego, CA 92150 | | | Contingent Unliquidated Disputed | | | $12,473.63 |
| Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346 | | Estimated Q2 - Q4 2017 and Q1 and Q2 2017 Payroll Taxes | | | | $130,000.00 |
| Kenneth Chung 8721 Marin Way Garden Grove, CA 92844 | | wage claim | | | | $110,000.00 |
| Manuel Ayala C/O: Dixon G. Kummer 1200 Tuxton Avenue Suite 140 Bakersfield, CA 93301 | | California Superior Court Case BCV-17-10167 in Kern County, Manuel Ayala vs. JDS Hospitality Group, LLC, et al. | Contingent Unliquidated Disputed | | | $32,174.00 |
| On Deck Capital, Inc. Attn: Officer 1400 Broadway, 25th Floor New York, NY 10018 | | Furniture, Fixtures, and equipment. See Exhibit "1". This list may not be exhaustive but is Debtor's best estimate at this time. Valuation is an es | | $87,500.00 | $100,212.00 | $87,500.00 |
| Pacific Gas & Elecric Company Attn: Officer P.O. Box 997300 Sacramento, CA 95899-7300 | | Utility Deposit | | $79,906.76 | $25,000.00 | $54,906.76 |
| Yellowstone Capital West, LLC Attn: Officer 30 Broad Street, 14th Floor Suite 1462 New York, NY 10004 | | Furniture, Fixtures, and equipment. See Exhibit "1". This list may not be exhaustive but is Debtor's best estimate at this time. Valuation is an es | | $30,000.00 | $100,212.00 | $30,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re   **JDS Hospitality Group LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rhonda Chung**<br>**12123 Killian St.**<br>**El Monte, CA 91732** | | | **100% Owner and Managing Member / Single Member LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 13, 2018**

Signature _____
**Rhonda Chung**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles**                         , California.

Date:       **October 13, 2018**

**Rhonda Chung**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1              **F 1015-2.1.STMT.RELATED.CASES**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JDS Hospitality Group LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $     **4,600,212.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................   $     **41,340.12**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................   $     **4,641,552.12**

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **4,265,993.64**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **357,840.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **216,850.50**

4.  Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b     $     **4,840,684.64**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **California Bank and Trust** | **Checking - Accounts payable account** | 7884 | $1,000.00 |
| 3.2. | **California Bank and Trust** | **Checking - Accounts Receivables account** | 0883 | $20.68 |
| 3.3. | **California Bank and Trust** | **Payroll Account** | 0685 | $3.51 |
| 3.4. | **California Bank and Trust** | **TOT Account** | 7348 | $3.90 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,028.09 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **JDS Hospitality Group LLC**                                    Case number *(If known)* _____
           Name

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.   **Utility Deposit**                                                                    $25,000.00

     7.2.   **Utility Deposit**                                                                       $800.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                          $25,800.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:        **14,512.03**      -        **0.00**      = ....        $14,512.03
                                   face amount                  doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                        $14,512.03
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **JDS Hospitality Group LLC** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **818 Real Road Bakersfield, CA 93309** | Fee Simple | $0.00 | | $4,500,000.00 |
| 55.2.  **Furniture, Fixtures, and equipment.  See Exhibit "1".  This list may not be exhaustive but is Debtor's best estimate at this time. Valuation is an estimate and only includes the Furniture, Fixtures, and equipment.  It does not include the room supplies or breakfast supplies. Valuation is estiamted at 30% of replacement value.** | Fee SImple | $100,212.00 | | $100,212.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $4,600,212.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

- ■ No
- ☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ■ No
- ☐ Yes

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **JDS Hospitality Group LLC**                                    Case number *(If known)* _____
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
�■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Cause of action against form manager Jamie Mannor for Embezzlement.  Total amount embezzled is unknown.** | **Unknown** |
| | **Nature of claim** _____ | |
| | **Amount requested** _____ **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

�■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **JDS Hospitality Group LLC**                                          Case number *(If known)* _____
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,028.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,512.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $4,600,212.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,340.12 | + 91b. $4,600,212.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,641,552.12 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **City of Bakersfield**<br>Creditor's Name<br><br>**Tresaury Department**<br>**P.O. Box 2057**<br>**Bakersfield, CA 93303**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **$110,000.00** | **$0.00** |

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **First Choice Bank**<br>Creditor's Name<br><br>**Attn: Officer**<br>**17785 Center Cour Drive,**<br>**Suite 750**<br>**Cerritos, CA 90703**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**818 Real Road**<br>**Bakersfield, CA 93309** | **$3,445,345.00** | **$4,500,000.00** |

Describe the lien
**1st Deed of Trust**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12-5-2014**

**Last 4 digits of account number**
**0102**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **JDS Hospitality Group LLC**
Name

Case number (if know)

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. First Choice Bank**
**2. Kern County**
**Treasuer-Tax Collector**
**3. State of California**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Choice Bank** | Describe debtor's property that is subject to a lien | $350,055.00 | $100,212.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Furniture, Fixtures, and equipment.  See**
**Exhibit "1".  This list may not be exhaustive**
**but is Debtor's best estimate at this time.**
**Valuation is an estimate and only includes**
**the Furniture, Fixtures, and equipment.  It**
**does not include the**

**Attn: Officer**
**17785 Center Court Dr. N**
**Cerritos, CA 90703**
Creditor's mailing address

**Describe the lien**
**First Position UCC lien on all inventory,**
**equipment, accounts**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0104**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor, and its relative
priority.
**1. First Choice Bank**
**2. On Deck Capital, Inc.**
**3. Yellowstone Capital**
**West, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Forward Financing LLC** | Describe debtor's property that is subject to a lien | $75,000.00 | $14,512.03 |
|---|---|---|---|---|

Creditor's Name

**C/O Corporate Creations**
**Network Inc**
**3411 Silverside Road**
**Tatnall Building Ste 104**
**Wilmington, DE 19810**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**90 days or less: Account receivables, See**
**exhibit "2".  List is approximate and Debtor's**
**best estimate at this time.**

**Describe the lien**
**Fourth Position UCC lien on future accounts**
**receivables**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/28/2017**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **JDS Hospitality Group LLC** | | Case number (if know) | |
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kern County Treasuer-Tax Collector** |
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**818 Real Road**
**Bakersfield, CA 93309**

$82,237.00          $4,500,000.00

**P.O. Box 579**
**Bakersfield, CA 93302-0580**
Creditor's mailing address

**Describe the lien**
**Property Taxes / Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016 and 2017**
**Last 4 digits of account number**
**0217**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.6 | **On Deck Capital, Inc.** |
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**Furniture, Fixtures, and equipment. See Exhibit "1". This list may not be exhaustive but is Debtor's best estimate at this time. Valuation is an estimate and only includes the Furniture, Fixtures, and equipment. It does not include the**

$87,500.00          $100,212.00

**Attn: Officer**
**1400 Broadway, 25th Floor**
**New York, NY 10018**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9-28-2017**
**Last 4 digits of account number**
**0797**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.7 | **Pacific Gas & Elecric Company** |

**Describe debtor's property that is subject to a lien**

$79,906.76          $25,000.00

---

Debtor    **JDS Hospitality Group LLC**
_____    Case number (if known) _____
                Name

| | |
|---|---|
| **Creditor's Name** | **Utility Deposit** |
| **Attn: Officer** | |
| **P.O. Box 997300** | |
| **Sacramento, CA** | |
| **95899-7300** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8279**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Southern California Gas Company** | **Describe debtor's property that is subject to a lien** | $2,835.00 | $800.00 |
|---|---|---|---|---|
| | Creditor's Name | **Utility Deposit** | | |

**Attn: Officer**
**PO BOX C**
**Monterey Park, CA**
**91756-5111**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2018**

**Last 4 digits of account number**
**4089**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **State of California** | **Describe debtor's property that is subject to a lien** | $3,114.88 | $4,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **818 Real Road** | | |
| | | **Bakersfield, CA 93309** | | |

**Department of Industrial Relations**
**1800 30th Street**
**Suite 100**
**Bakersfield, CA 93301**
Creditor's mailing address

**Describe the lien**
**Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

| Debtor | **JDS Hospitality Group LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**6/6/2018**
**Last 4 digits of account number**
**2340**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ **Yes.** Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Yellowstone Capital West, LLC** | | | | $30,000.00 | $100,212.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Furniture, Fixtures, and equipment.  See Exhibit "1".  This list may not be exhaustive but is Debtor's best estimate at this time.  Valuation is an estimate and only includes the Furniture, Fixtures, and equipment.  It does not include the

**Attn: Officer**
**30 Broad Street, 14th Floor**
**Suite 1462**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**
3rd Priority UCC lien - Equipment, fixtures, inventory

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/18/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ **Yes.** Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $4,265,993.64 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Celtic Bank**<br>**Attn: officer**<br>**268 South State Street, Suite 300**<br>**Salt Lake City, UT 84111** | Line  **2.6** | |
| **First Choice Bank**<br>**Attn: Officer**<br>**17785 Center Court Dr. N**<br>**Cerritos, CA 90703** | Line  **2.2** | **0102** |

| Debtor | **JDS Hospitality Group LLC** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **First Choice Bank**<br>C/O: King  & Associates<br>13 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660 | Line __2.2__ | 0104 |
| **First Choice Bank**<br>Attn: Robert M. Franko<br>17785 Center Court Drive, Suite 750<br>Cerritos, CA 90703 | Line __2.2__ | 0102 |
| **Forward Financing LLC**<br>Attn: Officer<br>100 Summer Street, Suite 1175<br>Boston, MA 02110 | Line __2.4__ | |
| **KCTTC**<br>1115 Truxton Ave.<br>2nd Floor<br>Bakersfield, CA 93301 | Line __2.5__ | 0217 |
| **Kern County Treasuer-Tax Collector**<br>P.O. Box 579<br>Bakersfield, CA 93302-0580 | Line __2.1__ | |
| **Pacific Gas and Electric Company**<br>Attn: Officer<br>77 Beale Street<br>32nd Floor<br>San Francisco, CA 94105 | Line __2.7__ | |
| **Yellowstone Capital West, LLC**<br>Attn: Officer<br>1 Evertrust Plz<br>Ste 1400<br>Jersey City, NJ 07302 | Line __2.10__ | |
| **Yellowstone Capital West, LLC**<br>C/O: MCA Recovery LLC<br>Attn: Christopher R. Castro<br>New York, NY 10004 | Line __2.10__ | |
| **Yellowstone Capital West, LLC**<br>Attn: OMark J Rosenbaum<br>11400 W Olympic Blvd<br>9th Floor<br>Los Angeles, CA 90064 | Line __2.10__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JDS Hospitality Group LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alexis A. Lopez**<br>**409 Plato Ct.**<br>**Bakersfield, CA 93309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $918.91 | $918.91 |
| | Date or dates debt was incurred<br>**10/01/2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number **4658**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Amanda Chung**<br>**1137 Sunset Blvd., Arcadia**<br>**Arcadia, CA 91007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,000.00 | $12,850.00 |
| | Date or dates debt was incurred<br>**10/10/2017 - 10/10/2018** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    44449                    Best Case Bankruptcy

| Debtor | **JDS Hospitality Group LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$675.89** | **$675.89**

**Brandon Ortiz**
**7901 Jacksaw Street**
**Bakersfield, CA 93307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4660**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**CA Dept, of Tax and Fee Admin**
**Special Operations Branch MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**taxes - notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$638.30** | **$638.30**

**Carmen Espinoza**
**3921 Balboa Drive**
**Bakersfield, CA 93304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4647**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$605.85** | **$605.85**

**Donna Aveitia**
**1220 Niles Street #5**
**Bakersfield, CA 93305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4649**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **JDS Hospitality Group LLC**                                    Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.17 | $585.17 |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.17 | $585.17 |

**2.7**

Priority creditor's name and mailing address
**Dora Padilla**
**1408 Reese Ave.**
**Bakersfield, CA 93307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$585.17          $585.17

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4652**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Employment Development Dept**
**Attn: Officer**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Attn: Officer**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00          $50,000.00

Date or dates debt was incurred

**2017 and 2018**

Basis for the claim:
**Estimated Q2 - Q4 2017 and Q1 and Q2 2017**
**Payroll Taxes**

Last 4 digits of account number **2653**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Attn: Officer**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500.00          $3,500.00

Date or dates debt was incurred

Basis for the claim:
**Franchise Fees**

Last 4 digits of account number **0129**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **JDS Hospitality Group LLC**
_____    Case number _(if known)_ _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.96 | $540.96 |
|---|---|---|---|---|

**Gloria Cortes Yera**
**1741 Chetham Ave. #14A**
**Bakersfield, CA 93307**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **8676**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.63 | $878.63 |
|---|---|---|---|---|

**Guadalupe Matsuo**
**202 1/2 Decatur Street**
**Bakersfield, CA 93309**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4662**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,000.00 | $130,000.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2016 and 2017**

Basis for the claim:
**Estimated Q2 - Q4 2017 and Q1 and Q2 2017**
**Payroll Taxes**

Last 4 digits of account number **2653**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.80 | $930.80 |
|---|---|---|---|---|

**Jose Hernandez**
**4601 Joanne Ave.**
**Bakersfield, CA 93309**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4666**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☑ No
☐ Yes

---

| Debtor | JDS Hospitality Group LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.48 | $795.48 |
|---|---|---|---|---|

**Josefa Najera**
**1331 Cottonwood #22**
**Bakersfield, CA 93307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4653**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.19 | $575.19 |
|---|---|---|---|---|

**Karina Esmeralda Mejia**
**4304 Eakins Dr.**
**Bakersfield, CA 93311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4655**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,000.00 | $12,850.00 |
|---|---|---|---|---|

**Kenneth Chung**
**8721 Marin Way**
**Garden Grove, CA 92844**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2017 - 10/10/2018**

Basis for the claim:
**wage claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.04 | $1,465.04 |
|---|---|---|---|---|

**Kimberly Perez-Velazquez**
**2641 Larcus Ave.**
**Bakersfield, CA 93309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4657**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **JDS Hospitality Group LLC**
Name

Case number *(if known)*

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.84 | $567.84 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**2.19**

Priority creditor's name and mailing address

**Maria Blazquez
249 Stine Rd #B
Bakersfield, CA 93309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$567.84    $567.84

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **6054**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address

**Maria Hernandez
4601 Joanne Ave.
Bakersfield, CA 93309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$706.13    $706.13

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4669**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address

**Marina Carrera
1504 Falcon Ave.
Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$726.55    $726.55

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4665**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address

**Medina Veronica
420 California Ave
Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$679.25    $679.25

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **JDS Hospitality Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.18 | $581.18 |
|---|---|---|---|---|

**Miriam Rodriquez**
**4306 Sierra Redwood Dr.**
**Bakersfield, CA 93313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.47 | $549.47 |
|---|---|---|---|---|

**Monica Moralos**
**4306 Sierra Redwood**
**Bakersfield, CA 93313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4648**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.80 | $562.80 |
|---|---|---|---|---|

**Raquel Vela**
**2738 Secirity Ave. #B**
**Bakersfield, CA 93306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4667**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.41 | $529.41 |
|---|---|---|---|---|

**Rosa Reding**
**3748 Soranno Ave. Apt D**
**Bakersfield, CA 93309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **2223**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **JDS Hospitality Group LLC**
    Name

Case number *(if known)*

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.01 | $681.01 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Sandra Reyes-Torres**
**3001 S. Chester Ave. Apt 1**
**Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4663**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address **2.28**
**Teresa Ferretto**
**3311 Silverlake Drive**
**Bakersfield, CA 93312**

As of the petition filing date, the claim is:    $602.91    $602.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4661**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address **2.29**
**Teresa Ortega**
**4601 Joanne Ave.**
**Bakersfield, CA 93309**

As of the petition filing date, the claim is:    $916.88    $916.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4659**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address **2.30**
**United States Department of**
**Justice**
**Civil Trial Section Western Region**
**Box 683 Ben Franklin Station**
**Washington, DC 20044**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**taxes - notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **JDS Hospitality Group LLC**                                          Case number *(if known)* _____
             Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.85 | $626.85 |
|---|---|---|---|---|

**Yesenia Haro**
**918 Chostr Per**
**Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/01/2018**

Basis for the claim:
**Wages**

Last 4 digits of account number **4668**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**A-Link Communications Inc.**
**Attn: Officer**
**30 Arbusto**
**Irvine, CA 92606**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **5/27/18**

Basis for the claim: **vendor debt**

Last 4 digits of account number **3042**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Amanda Chung**
**1137 Sunse Blvd.**
**Arcadia, CA 91007**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **11/2017**

Basis for the claim: **loan for business expense**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.95 |
|---|---|---|---|

**Americas Choice**
**Attn: Officer**
**PO BOX 3511**
**Alhambra, CA 91803**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **8/20/18**

Basis for the claim: **vendor claim**

Last 4 digits of account number **Daysinn**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,709.16 |
|---|---|---|---|

**Avid Plumbing and Drain**
**Attn: Officer**
**2417 COLTON ST**
**Bakersfield, CA 93304**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **8/2018**

Basis for the claim: **utility services**

Last 4 digits of account number **132**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,362.60 |
|---|---|---|---|

**Booking.com**
**attn: Officer**
**Postbus 1639**
**1000 BP Amsterdam**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **vendor**

Last 4 digits of account number **3567**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **JDS Hospitality Group LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,184.00**
---|---|---|---

**Bright House Networks / Spectrum**
Attn: Officer
P.O BOX 7195
Pasadena, CA 91109

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **2/27/18**

Basis for the claim: **utilities**

Last 4 digits of account number **9301**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,865.00**

**California Water Service Company**
Attn: Officer
PO Box 51967
Los Angeles, CA 90051-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2018**

Basis for the claim: **water utilities**

Last 4 digits of account number **9282**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Capital Insurance Group**
Attn: Officer
P.O. Box 2093
Monterey, CA 93942

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only**

Last 4 digits of account number **0987**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**City of Bakersfield**
C/O: Office of the City Attorney
Attn: Virginia Gennaro
1600 Truxton Ave., 4th Floor
Bakersfield, CA 93301

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **pending lawsuit in Superior Court - Kern County Case Number BCV-18100816 - City of Bakersfield v. JDS Hospitality Group, LLC et al. for transient occupancy taxes - notice only**

Last 4 digits of account number **0816**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,009.27**

**City of Bakersfield**
Attn: Officer
P.O. BOX 2057
Bakersfield, CA 93303

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **5/10/18**

Basis for the claim: _

Last 4 digits of account number **Day Inn Bakersfield**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,264.00**

**Days Inns Worldwide, Inc.**
Attn: Officer
22 Sylvan Way
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Franchise Fees**

Last 4 digits of account number **7DAY**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,547.22**

**DirectTV**
Attn: Officer
P.O. Box 6550
Englewood, CO 80155-6550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2010**

Basis for the claim: **utilities**

Last 4 digits of account number **7654**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | JDS Hospitality Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,950.00** |
|---|---|---|
| **Everest National Insurance Company**<br>**Attn: Officer**<br>**2600 W. Geronimo Place, Ste 100**<br>**Chandler, AZ 85224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **7/31/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Expedia, Inc.**<br>**Attn: Officer**<br>**1950 N. Stemmons FWY Ste. 5010**<br>**Dallas, TX 75207** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **7/2018** | Basis for the claim:  **notice only** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,473.63** |
|---|---|---|
| **HD Supply Facilities Maintenance LT**<br>**Attn: Officer**<br>**P.O. Box 509058**<br>**San Diego, CA 92150** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **8/22/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **1624** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|
| **Jesus & Mia Gardening** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **8/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **2618** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,174.00** |
|---|---|---|
| **Manuel Ayala**<br>**C/O: Dixon G. Kummer**<br>**1200 Tuxton Avenue**<br>**Suite 140**<br>**Bakersfield, CA 93301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **7/17/2017** | Basis for the claim:  **California Superior Court Case BCV-17-10167 in Kern County, Manuel Ayala vs. JDS Hospitality Group, LLC, et al.** | |
| Last 4 digits of account number  **0167** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.83** |
|---|---|---|
| **SAFLOK**<br>**Attn: Officer**<br>**PO BOX 890247**<br>**Charlotte, NC 28289** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0778** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,914.01** |
|---|---|---|
| **Swisher**<br>**Attn: Officer**<br>**PO BOX 100512**<br>**Pasadena, CA 91189** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **6/5/18 - 9/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **9385** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **JDS Hospitality Group LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,642.58 |
|---|---|---|---|

**US Foods, Inc.**
**Attn: Officer**
**FILE 6993**
**CA 90774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>4/20/18 - 7/24/18</u>

**Basis for the claim:** _

Last 4 digits of account number  <u>7416</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.25 |
|---|---|---|---|

**William Chung**
**4847 Ardsley Dr.**
**Bakersfield, CA 93313**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  <u>5/10/18</u>

**Basis for the claim:** _

Last 4 digits of account number  <u>1804</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Booking.com**<br>**Attn: Officer**<br>**PO BOX 740401**<br>**Los Angeles, CA 90074** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CA Dept. of Tax and Fee Admin**<br>**Special Operations BK Team, MIC 74**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0055** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Days Inn Worldwide, Inc.**<br>**Attn: Officer**<br>**15009 COLLECTIONS CENTER DR.**<br>**Chicago, IL 60693** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | **7DAY** |
| 4.4 | **Days Inns Worldwide, Inc.**<br>**C/O Corporate Creations Network Inc**<br>**11380 Prosperity Farms Rd.**<br>**#221E**<br>**Palm Beach Gardens, FL 33410** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Executive Director**<br>**State Board of Equalization**<br>**450 N. Street,MIC: 73**<br>**Sacramento, CA 95814-0073** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Franchise Tax Board**<br>**C/O: General Counsel Section**<br>**P.O. Box 1720, MS: A-260**<br>**Rancho Cordova, CA 95741-1720** | Line  **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **United States Attorney's Office**<br>**Federal Building, Room 7516**<br>**300 North Los Angeles Street**<br>**Los Angeles, CA 90012** | Line  **2.13**<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    **JDS Hospitality Group LLC**
_____    Case number (if known) _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **United States Department of Justice** **Ben Franklin Station** **PO Box 683** **Washington, DC 20044** | Line __2.13__ ☐ Not listed. Explain ____ | _ |
| 4.9 **Wyndahm Hotel Management, Inc.** **Attn: Officer** **22 Sylvan Way** **Parsippany, NJ 07054** | Line __3.11__ ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 357,840.50 |
| 5b. Total claims from Part 2 | 5b. + | $ | 216,850.50 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 574,691.00 |

**Fill in this information to identify the case:**

Debtor name     **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement between the Debtor and Days Inns World, Inc. for the "Days Inn" System for provdling transient guest (Hotel) lodging services at 818 Real Rd, Bakersfield, CA 93309 for fifteen years with the possibility of renewal. The term began on 11/2014 and ends on 11/2029.** | |
| State the term remaining | **11 years+** | **Days Inns Worldwide, Inc. Attn: Officer 22 Sylvan Way Parsippany, NJ 07054** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rhonda Chung** | **12123 Killian Street El Monte, CA 91732** | **City of Bakersfield** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.2 | **Rhonda Chung** | **12123 Killian Street El Monte, CA 91732** | **Days Inns Worldwide, Inc.** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.3 | **Rhonda Chung** | **12123 Killian Street El Monte, CA 91732** | **Forward Financing LLC** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Rhonda Chung** | **12123 Killian Street El Monte, CA 91732** | **Manuel Ayala** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.5 | **Rhonda Chung** | **12123 Killian Street El Monte, CA 91732** | **On Deck Capital, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **JDS Hospitality Group LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Rhonda Chung** | **12123 Killian Street**<br>**El Monte, CA 91732** | **Yellowstone Capital**<br>**West, LLC** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name  **JDS Hospitality Group LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,244,612.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,713,011.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,358,352.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor    **JDS Hospitality Group LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit 3 attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Kenneth Chung**<br>**8721 Marin Way**<br>**Garden Grove, CA 92844**<br>**Brother of Debtor's owner Rhonda Chung** | **See Exhibit "4"** | **$15,617.53** | **Reimbursements for business expenses, See Exhibit "4".** |
| 4.2.    **Rhonda Chung**<br>**12123 Killian St.**<br>**El Monte, CA 91732**<br>**President** | **See Exhibit "4"** | **$146,094.06** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **City of Bakersfield v. JDS Hospitality Group, LLC, et al.**<br>**BCV-18100816** | **Collection for transiet taxes** | **Kern County Superior Ct - Metro Div.**<br>**1415 Truxton Ave.**<br>**Bakersfield, CA 93301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **JDS Hospitality Group LLC**                                      Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Manuel Ayala DBA Millenium Events v. JDS Hospitality Group, LLC, et al.**<br>**BCV-17-101617-SDS** | **Breach of contract** | **Kern County Superior Court - Metro Div.**<br>**1415 Truxton Ave.**<br>**Bakersfield, CA 93301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Langley & Chang**<br>**4158 14th St.**<br>**Riverside, CA 92501** | **Attorney Fees** | | **$25,000.00** |
| | Email or website address<br>**chris@langleylegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **JDS Hospitality Group LLC**                                      Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | **JDS Hospitality Group LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **JDS Hospitality Group LLC**                                    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jacquelyn Kwok, E.A.**<br>**All Source Tax Inc**<br>**8604 E. Garvey Avenue**<br>**Rosemead, CA 91770** | **2016 - Present - Tax**<br>**Return Preparation** |
| 26a.2.    **Rhonda Chung**<br>**12123 Killian Street**<br>**El Monte, CA 91732** | **2016- Present** |
| 26a.3.    **Kenneth Chung**<br>**8721 Marin Way**<br>**Garden Grove, CA 92844** | **2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kenneth Chung**<br>**8721 Marin Way**<br>**Garden Grove, CA 92844** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

| Debtor | **JDS Hospitality Group LLC** | Case number *(if known)* |

☐ None

| Name and address |
|---|
| 26d.1. **First Choice Bank**<br>**Attn: Officer**<br>**17785 Center Court Dr. N**<br>**Cerritos, CA 90703** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rhonda Chung** | **12123 Killian Street**<br>**El Monte, CA 91732** | **Managing Member and President** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Rhonda Chung**<br>**12123 Killian Street**<br>**El Monte, CA 91732** | **Salary** | | |
| **Relationship to debtor**<br>**100% managing member / owner** | | | |
| 30.2. **Kenneth Chung** | | | |
| **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **JDS Hospitality Group LLC**

Case number *(if known)*

Name of the parent corporation

Employer identification number of the parent
corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund

Employer identification number of the parent
corporation

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 13, 2018**

_____             **Rhonda Chung**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **JDS Hospitality Group LLC**                                                    Case No. _____

_____ Debtor(s)                         Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................... $     **25,000.00**

     Prior to the filing of this statement I have received ................................ $     **25,000.00**

     Balance Due ............................................................................................. $     **0.00**

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 14, 2018**
_____
_Date_

              **/s/ Christopher J. Langley**
              **Christopher J. Langley 258851**
              _Signature of Attorney_
              **Law Offices of Langley & Chang**
              **4158 14th St.**
              **Riverside, CA 92501**
              **951-383-3388  Fax: 877-483-4434**
              **chris@langleylegal.com**
              _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher J. Langley 258851**<br>**4158 14th St.**<br>**Riverside, CA 92501**<br>**951-383-3388 Fax: 877-483-4434**<br>California State Bar Number: **258851 CA**<br>**chris@langleylegal.com** | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**JDS Hospitality Group LLC** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**11**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   **October 13, 2018**

_____
Siganture of Debtor 1

Date:   _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:   **October 13, 2018**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

JDS Hospitality Group LLC
12123 Killian Street
El Monte, CA 91732


Christopher J. Langley
Law Offices of Langley & Chang
4158 14th St.
Riverside, CA 92501


A-Link Communications Inc.
Attn: Officer
30 Arbusto
Irvine, CA 92606


Alexis A. Lopez
409 Plato Ct.
Bakersfield, CA 93309


Amanda Chung
1137 Sunse Blvd.
Arcadia, CA 91007


Amanda Chung
1137 Sunset Blvd., Arcadia
Arcadia, CA 91007


Americas Choice
Attn: Officer
PO BOX 3511
Alhambra, CA 91803


Avid Plumbing and Drain
Attn: Officer
2417 COLTON ST
Bakersfield, CA 93304

```
Booking.com
attn: Officer
Postbus 1639
1000 BP Amsterdam


Booking.com
Attn: Officer
PO BOX 740401
Los Angeles, CA 90074


Brandon Ortiz
7901 Jacksaw Street
Bakersfield, CA 93307


Bright House Networks / Spectrum
Attn: Officer
P.O BOX 7195
Pasadena, CA 91109


CA Dept, of Tax and Fee Admin
Special Operations Branch MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0055


CA Dept. of Tax and Fee Admin
Special Operations BK Team, MIC 74
P.O. Box 942879
Sacramento, CA 94279-0055


California Water Service Company
Attn: Officer
PO Box 51967
Los Angeles, CA 90051-6267


Capital Insurance Group
Attn: Officer
P.O. Box 2093
Monterey, CA 93942
```

Carmen Espinoza
3921 Balboa Drive
Bakersfield, CA 93304


Celtic Bank
Attn: officer
268 South State Street, Suite 300
Salt Lake City, UT 84111


City of Bakersfield
Tresaury Department
P.O. Box 2057
Bakersfield, CA 93303


City of Bakersfield
C/O: Office of the City Attorney
Attn: Virginia Gennaro
1600 Truxton Ave., 4th Floor
Bakersfield, CA 93301


City of Bakersfield
Attn: Officer
P.O. BOX 2057
Bakersfield, CA 93303


Days Inn Worldwide, Inc.
Attn: Officer
15009 COLLECTIONS CENTER DR.
Chicago, IL 60693


Days Inns Worldwide, Inc.
Attn: Officer
22 Sylvan Way
Parsippany, NJ 07054


Days Inns Worldwide, Inc.
C/O Corporate Creations Network Inc
11380 Prosperity Farms Rd.
#221E
Palm Beach Gardens, FL 33410

DirectTV
Attn: Officer
P.O. Box 6550
Englewood, CO 80155-6550


Donna Aveitia
1220 Niles Street #5
Bakersfield, CA 93305


Dora Padilla
1408 Reese Ave.
Bakersfield, CA 93307


Employment Development Dept
Attn: Officer
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Everest National Insurance Company
Attn: Officer
2600 W. Geronimo Place, Ste 100
Chandler, AZ 85224


Executive Director
State Board of Equalization
450 N. Street,MIC: 73
Sacramento, CA 95814-0073


Expedia, Inc.
Attn: Officer
1950 N. Stemmons FWY Ste. 5010
Dallas, TX 75207


First Choice Bank
Attn: Officer
17785 Center Cour Drive, Suite 750
Cerritos, CA 90703

First Choice Bank
Attn: Officer
17785 Center Court Dr. N
Cerritos, CA 90703


First Choice Bank
Attn: Robert M. Franko
17785 Center Court Drive, Suite 750
Cerritos, CA 90703


First Choice Bank
C/O: King  & Associates
13 Corporate Plaza, Suite 200
Newport Beach, CA 92660


Forward Financing LLC
C/O Corporate Creations Network Inc
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810


Forward Financing LLC
Attn: Officer
100 Summer Street, Suite 1175
Boston, MA 02110


Franchise Tax Board
Attn: Officer
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
C/O: General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


Gloria Cortes Yera
1741 Chetham Ave. #14A
Bakersfield, CA 93307

Guadalupe Matsuo
202 1/2 Decatur Street
Bakersfield, CA 93309


HD Supply Facilities Maintenance LT
Attn: Officer
P.O. Box 509058
San Diego, CA 92150


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Jesus & Mia Gardening


Jose Hernandez
4601 Joanne Ave.
Bakersfield, CA 93309


Josefa Najera
1331 Cottonwood #22
Bakersfield, CA 93307


Karina Esmeralda Mejia
4304 Eakins Dr.
Bakersfield, CA 93311


KCTTC
1115 Truxton Ave.
2nd Floor
Bakersfield, CA 93301

Kenneth Chung
8721 Marin Way
Garden Grove, CA 92844


Kern County Treasuer-Tax Collector
P.O. Box 579
Bakersfield, CA 93302-0580


Kimberly Perez-Velazquez
2641 Larcus Ave.
Bakersfield, CA 93309


Manuel Ayala
C/O: Dixon G. Kummer
1200 Tuxton Avenue
Suite 140
Bakersfield, CA 93301


Maria Blazquez
249 Stine Rd #B
Bakersfield, CA 93309


Maria Hernandez
4601 Joanne Ave.
Bakersfield, CA 93309


Marina Carrera
1504 Falcon Ave.
Bakersfield, CA 93304


Medina Veronica
420 California Ave
Bakersfield, CA 93304

Miriam Rodriquez
4306 Sierra Redwood Dr.
Bakersfield, CA 93313


Monica Moralos
4306 Sierra Redwood
Bakersfield, CA 93313


On Deck Capital, Inc.
Attn: Officer
1400 Broadway, 25th Floor
New York, NY 10018


Pacific Gas & Elecric Company
Attn: Officer
P.O. Box 997300
Sacramento, CA 95899-7300


Pacific Gas and Electric Company
Attn: Officer
77 Beale Street
32nd Floor
San Francisco, CA 94105


Raquel Vela
2738 Secirity Ave. #B
Bakersfield, CA 93306


Rhonda Chung
12123 Killian Street
El Monte, CA 91732


Rosa Reding
3748 Soranno Ave. Apt D
Bakersfield, CA 93309

SAFLOK
Attn: Officer
PO BOX 890247
Charlotte, NC 28289


Sandra Reyes-Torres
3001 S. Chester Ave. Apt 1
Bakersfield, CA 93304


Southern California Gas Company
Attn: Officer
PO BOX C
Monterey Park, CA 91756-5111


State of California
Department of Industrial Relations
1800 30th Street
Suite 100
Bakersfield, CA 93301


Swisher
Attn: Officer
PO BOX 100512
Pasadena, CA 91189


Teresa Ferretto
3311 Silverlake Drive
Bakersfield, CA 93312


Teresa Ortega
4601 Joanne Ave.
Bakersfield, CA 93309


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044


United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


US Foods, Inc.
Attn: Officer
FILE 6993
CA 90774


William Chung
4847 Ardsley Dr.
Bakersfield, CA 93313


Wyndahm Hotel Management, Inc.
Attn: Officer
22 Sylvan Way
Parsippany, NJ 07054


Yellowstone Capital West, LLC
Attn: Officer
30 Broad Street, 14th Floor
Suite 1462
New York, NY 10004


Yellowstone Capital West, LLC
Attn: Officer
1 Evertrust Plz
Ste 1400
Jersey City, NJ 07302


Yellowstone Capital West, LLC
Attn: OMark J Rosenbaum
11400 W Olympic Blvd
9th Floor
Los Angeles, CA 90064

Yellowstone Capital West, LLC
C/O: MCA Recovery LLC
Attn: Christopher R. Castro
New York, NY 10004


Yesenia Haro
918 Chostr Per
Bakersfield, CA 93304

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher J. Langley 258851**<br>**4158 14th St.**<br>**Riverside, CA 92501**<br>**951-383-3388 Fax: 877-483-4434**<br>California State Bar Number: **258851 CA**<br>chris@langleylegal.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**JDS Hospitality Group LLC**<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s),<br><br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___**Christopher J. Langley 258851**_____ , the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

See Addendum

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **October 14, 2018** | By: **/s/ Christopher J. Langley** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:    **Christopher J. Langley 258851** |
| | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Rhonda Chung
12123 Killian St.
El Monte, CA 91732

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

# EXHIBIT 1

| Room FF&E | | | | |
|---|---|---|---|---|
| | Room Count | Beds (Mattresses) | Bed Frame | Headboard |
| K - King Bed | 49 | 49 | 49 | 49 |
| QQ - Two Queens | 116 | 232 | 232 | 232 |
| Total | 165 | 281 | 281 | 281 |
| New / Replacement | | 300 | 150 | 100 |
| Estimated Auction Value - 30% replacement value | | $90 | $45 | $30 |
| Total | | $25,290 | $12,645 | $8,430 |

| Credenza | Night Stand | TV | Activity Table | Activity Chair | PTAC |
|---|---|---|---|---|---|
| 49 | 98 | 49 | 49 | 98 | 49 |
| 116 | 116 | 116 | 116 | 232 | 116 |
| 165 | 214 | 165 | 165 | 330 | 165 |
| 80 | 60 | 360 | 60 | 30 | 450 |
| $24 | $18 | $108 | $18 | $59 | $135 |
| $3,960 | $3,852 | $17,820 | $2,970 | $2,970 | $22,275 |

$100,212

| Supply Category | (in case / dozen / box /individual) | |
| --- | --- | --- |
| | Left in Inventory | To-be Ordered |
| Shampoo | 0 | 8 |
| Soap | 0 | 6 |
| Soap tray | 35 | 1 |
| Pens | 1 | 2 |
| Note pads | 0 | 3 |
| Tissue Paper | 5 | 8 |
| Toilet Paper | 1 | 8 |
| Regular Coffee | 1 | 5 |
| Decaf Coffee | 1 | 4 |
| Cups | 1 | 5 |
| Sugar bags | 4 | 0 |
| Ice bags | 3 | 0 |
| Ice bukets | 1 | 0 |
| Medium Trash bags | 3 | 8 |
| Big Trash bags | 0 | 11 |
| Laundry bags | 1 | 0 |
| Tray | 1 | 0 |
| Ashtray | 1 | 0 |
| DO NOT Disturb Signs | 1 | 0 |
| Bed Signs | 1 | 0 |
| Bath Towels | 75 | |
| Hand Towels | 20 | 15 |
| Facial Towels | 35 | 0 |
| Pillows | 35 | 0 |
| Pillow cases | 35 | 0 |
| Radios | 4 | 10 |
| Irons | 145 | 5 |
| Hair dryer | 147 | 6 |
| Coffee Maker | 147 | 6 |
| Shower curtain | 145 | 0 |

| Supply Category | (in case / pack / box) | |
| --- | --- | --- |
| | Left in Inventory | To-be Ordered |
| Plates | 2 | 1 |
| Bowls | 2 | 1 |
| Spoons | 1 | 1 |
| Forks | 1 | 1 |
| Knifes | 1 | 1 |
| Napkins | 1 | 1 |
| Orange juice | 10 | 10 |
| Milk | 10 | 10 |
| Oatmeal | 3 | 2 |
| White breads | 10 | 5 |
| Whole grain breads | 10 | 5 |
| Jams | 1 | 2 |
| Regular Coffee | 1 | 2 |
| Decaf Coffee | 1 | 1 |
| Half & Half | 1 | 1 |
| Sugar | 1 | 1 |
| Fruit - Apples | 1 | 1 |

# EXHIBIT 2

# Receivables List - Summary

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___9903 | *AMERICAN HOLIDAY | ACCOUNTS PAYABLE | 0000000000 | $955.36 | $955.36 | ($893.76) | ($893.76) | $61.60 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $61.60 | $61.60 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___7879 | *AMERILINK | ACCOUNTS PAYABLE | 000000000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___6714 | *AMTRAK | ACCOUNTS PAYABLE | 0000000000 | $907.10 | $907.10 | $0.00 | $0.00 | $907.10 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $907.10 | $907.10 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___3023 | *CORP LODGING | ACCOUNT PAYABLE | 0000000000 | $7,447.24 | $5,519.72 | ($85.12) | $42.56 | $5,562.28 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $491.68 | $1,027.04 | $394.24 | $1,033.76 | $2,615.56 | $5,562.28 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___5302 | *DTE | UNNY | 0000000000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___6670 | *LUCY LOERA | LUCY LOERA | 0000000000 | $1,408.67 | $1,408.67 | $0.00 | $0.00 | $1,408.67 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $1,408.67 | $1,408.67 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___0433 | *M & M TOURS INC | ACCOUNT PAYABLE | 00000000000 | $5,530.07 | $672.00 | ($15,618.24) | ($10,760.17) | ($10,088.17 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | ($8,698.72) | $672.00 | $0.00 | $0.00 | ($2,061.45) | ($10,088.17) |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___0972 | *TRAVALCO | ACCOUNT PAYABLE | 0000000000 | $11,356.64 | $7,090.92 | ($4,674.71) | ($3,831.35) | $3,259.57 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $1,469.44 | ($1,978.59) | $3,210.16 | $174.72 | $383.84 | $3,259.57 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___8843 | *WYNDHAM REWARDS REIMBURSEMENT | WYNDHAM REWARDS REIMBURSEMENT | 8669967937 | $1,022.28 | $1,022.28 | $0.00 | $0.00 | $1,022.28 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---|---|---|---|---|---|---|
| | $31.51 | $63.02 | $361.07 | $63.02 | $503.66 | $1,022.28 |

| Account | Company | Contact | Phone # | Original Amount | Remaining Amount | Payments | Payments Unapplied | Balance |
|---|---|---|---|---|---|---|---|---|
| ___8982 | MANN TRANSPORTATION INC BILLING | MASTERKEY | 9123355118 | $492.80 | $89.60 | ($403.20) | $0.00 | $89.60 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---------|---------|---------|---------|----------|-------------|
| $89.60  | $0.00   | $0.00   | $0.00   | $0.00    | $89.60      |

## Grand Totals:

| | Original Amount | Remaining Amount | Payments | Unapplied | Balance |
|---|---|---|---|---|---|
| | $29,120.16 | $17,665.65 | ($21,675.03) | ($15,442.72) | $2,222.93 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance Due |
|---------|---------|---------|---------|----------|-------------|
| ($6,616.49) | ($216.53) | $3,965.47 | $1,271.50 | $3,818.98 | $2,222.93 |

# EXHIBIT 3

| Vendor | STREET | CITY | STATE | POSTAL CODE | PHONE NO. |
|--------|--------|------|-------|-------------|-----------|
| BOOKING.COM | PO BOX 740401 | LOS ANGELES | CALIFORNIA | 90074 | 8669382961 |
| CALIFORNIA WATER SERVICE COMPANY | PO BOX 940001 | SAN JOSE | CALIFORNIA | 95194 | 1-866-734-0743 |
| CAPITAL INSURANCE GROUP | P.O. BOX 2093 | MONTEREY PARK | CA | 93942 | 310-473-9611 |
| CITY OF BAKERSFIELD | P.O. BOX 2057 | BAKERSFIELD | CALIFORNIA | 93303 | 661-326-3114 |
| DAYS INN WORLDWIDE, INC. (DAYS INN) | 15009 COLLECTIONS CENTER DR. | CHICAGO | ILLINOIS | 60693 | 888-328-0000 |
| DIRECTV | P.O BOX 60036 | LOS ANGELES | CALIFORNIA | 90060 | 800-388-2505 |
| EVEREST NATIONAL INSURANCE CO./VENSURE | 2600 W. Geronimo Place Ste. 100 | CHANDLER | AZ | 85224 | 480-993-2650 |
| EXPEDIA INC. | 1950 N. STEMMONS FWY STE. 5010 | DALLAS | TEXAS | 75207 | 4175211729 |
| HD SUPPLY FACILITIES MAINTENANCE, LTD. | P.O BOX 509058 | SAN DIEGO | CALIFORNIA | 92150 | 800-798-8888 |
| PG&E | PO BOX 997300 | SACRAMENTO | CALIFORNIA | 95899 | 1-800-468-4743 |
| SOCALGAS | PO BOX C | MONTEREY PARK | CA | 91756-5111 | 800-427-2000 |
| YELLOWSTONE FINANCIAL | 17 State Street Ste 4000 | New York | NY | 10004 | 646-774-3308 |
| **TOTAL** | | | | | |

Days Inn Bakersfield SPART
Pending Invoices As of 4/25/2018

| Date | Amount | Date | Amount | Date | Amount | | Total in Last 90 Days |
|---|---|---|---|---|---|---|---|
| 7/1/2018 | $ 6,121 | 8/20/2018 | $ 7,361 | 9/20/2018 | $ 8,761 | | $ 22,243 |
| 7/10/2018 | $ 6,379 | | | | | | $ 6,379 |
| 7/3/2018 | $ 6,314 | 8/2/2018 | $ 6,314 | 9/5/2018 | $ 6,314 | | $ 18,942 |
| 9/24/2018 | $ 3,104 | | | | | | $ 3,104 |
| 7/30/2018 | $ 22,612 | 8/21/2018 | $ 17,331 | | | | $ 39,943 |
| 7/23/2018 | $ 3,269 | 9/17/2018 | $ 4,974 | | | | $ 8,243 |
| 7/31/2018 | $ 4,200 | 8/31/2018 | $ 4,500 | 9/30/2018 | $ 4,250 | | $ 12,950 |
| 7/19/2018 | $ 3,269 | 8/20/2018 | $ 2,887 | 9/30/2018 | | | $ 6,156 |
| 8/22/2018 | $ 3,812 | | | | | | $ 3,812 |
| 8/8/2018 | $ 16,100 | 9/24/2018 | $ 12,000 | 10/10/2018 | $ 33,000 | | $ 61,100 |
| 8/27/2018 | $ 2,886 | | | | | | $ 2,886 |
| 7/30/2018 | $ 15,000 | 8/30/2018 | $ 10,000 | 9/30/2018 | $ 10,000 | | $ 35,000 |
| | | | | | | | $ 220,758 |

# EXHIBIT 4

| Date | Act. Per | DueDate | Vendor | Sub Vendor | Customer No |
|------|----------|---------|--------|------------|-------------|
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/30/18 | 08/01/18 | 08/31/18 | TUAN (KEN) CHUNG | | N/A |
| 08/23/18 | 08/01/18 | 08/23/18 | TUAN (KEN) CHUNG | | N/A |
| 08/23/18 | 08/01/18 | 08/23/18 | TUAN (KEN) CHUNG | | N/A |
| 08/23/18 | 08/01/18 | 08/23/18 | TUAN (KEN) CHUNG | | N/A |
| 08/13/18 | 08/01/18 | 08/13/18 | TUAN (KEN) CHUNG | | N/A |
| 08/02/18 | 08/01/18 | 08/02/18 | TUAN (KEN) CHUNG | BRIGTH HOUSE NETWORKS | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/31/18 | 07/01/18 | 07/31/18 | TUAN (KEN) CHUNG | | N/A |
| 07/25/18 | 07/01/18 | 07/25/18 | TUAN (KEN) CHUNG | | N/A |
| 07/25/18 | 07/01/18 | 07/25/18 | TUAN (KEN) CHUNG | | N/A |
| 07/25/18 | 07/01/18 | 07/25/18 | TUAN (KEN) CHUNG | | N/A |
| 07/01/18 | 07/01/18 | 07/01/18 | TUAN (KEN) CHUNG | | N/A |
| 07/01/18 | 07/01/18 | 07/01/18 | TUAN (KEN) CHUNG | | N/A |
| 07/01/18 | 07/01/18 | 07/01/18 | TUAN (KEN) CHUNG | | N/A |
| 06/22/18 | 06/01/18 | 06/22/18 | TUAN (KEN) CHUNG | | N/A |
| 06/22/18 | 06/01/18 | 06/22/18 | TUAN (KEN) CHUNG | | N/A |
| 05/26/18 | 05/01/18 | 05/26/18 | TUAN (KEN) CHUNG | | N/A |
| 05/26/18 | 05/01/18 | 05/26/18 | TUAN (KEN) CHUNG | | N/A |
| 05/02/18 | 05/01/18 | 05/02/18 | TUAN (KEN) CHUNG | FRANCHISE TAX BOARD | N/A |
| 04/06/18 | 04/01/18 | 04/06/18 | TUAN (KEN) CHUNG | | N/A |
| 03/20/18 | 03/01/18 | 03/21/18 | TUAN (KEN) CHUNG | | N/A |

| Invoice No. | Invoice Date | Description |
|---|---|---|
| 083118 | 08/31/18 | HEALTH SERVICES PERMIT RENEWAL |
| 083118 | 08/31/18 | FOGGERS |
| 083118 | 08/31/18 | FAUCETS |
| 083118 | 08/31/18 | PARKING STRIPING PAINT |
| 083118 | 08/31/18 | EXTENSION CORD |
| 083118 | 08/31/18 | FD PRINTER TONER |
| 082318 | 08/23/18 | PAYROLL CASH DEPOSIT REIMBURSEMENT |
| 082318 | 08/23/18 | PEST CONTROL |
| 082318 | 08/23/18 | |
| 081318 | 08/13/18 | PAYROLL REIMBURSEMENT |
| 080218 | 08/02/18 | INTERNET |
| 073118 | 07/31/18 | 5 TVS FOR ROOMS |
| 073118 | 07/31/18 | CHECKS OVERNIGHT |
| 073118 | 07/31/18 | FD PRINTER TONER |
| 073118 | 07/31/18 | 4 FAUCETS FOR BATHROOM SINK |
| 073118 | 07/31/18 | CASE OF CAULK |
| 073118 | 07/31/18 | ROOM DEODORIZER |
| 072518 | 07/25/18 | |
| 072518 | 07/25/18 | POOL FURNITURE REFURBISH |
| 072518 | 07/25/18 | PEST CONTROL |
| 070118 | 07/01/18 | SPRINKLER VALVES |
| 070118 | 07/01/18 | GATE LOCKS |
| 070118 | 07/01/18 | PRINTER TONER |
| 062218 | 06/22/18 | |
| 062218 | 06/22/18 | EMPLOYEE APPRECIATION |
| 052618 | 05/26/18 | CCTV INSTALLATION SUPPLIES & STAFF PERSONAL ALARMS |
| 052618 | 05/26/18 | FD PRINTER AND TONER |
| 050218 | 05/02/18 | |
| 040518 | 04/06/18 | CASH DEPOSIT TO COVER TOT CHECK |
| 3202018 | 03/21/18 | TV X 10 AND BACK OFFICE NETWORK |

| Internal Notes | E/HID | COA | COA Name |
|---|---|---|---|
|  | DIBF | 60330 | LICENSES & TAXES |
|  | DIBF | 64250 | EXTERMINATION SERVICE |
|  | DIBF | 64200 | PLUMBING |
|  | DIBF | 64292 | MAINTENANCE SUPPLIES |
|  | DIBF | 60370 | OFFICE EXPENSE- MISCELLANEOUS |
|  | DIBF | 60360 | OFFICE EQUIPMENT SUPPLIES |
| REIMBURSEMENT FOR PAYROLL | DIBF | 50982 | PAYROLL BONUS, ROOMS |
| REIMBURSEMENT FOR PAYROLL | DIBF | 64910 | MAINTENANCE |
| REIMBURSEMENT FOR PAYROLL | DIBF | 60410 | POSTAGE |
|  | DIBF | 61994 | PAYROLL HOURLY |
|  | DIBF | 59100 | INTERNET COST |
|  | DIBF | 50299 | ROOMS EXPENSE- MISCELLANEOUS |
|  | DIBF | 60410 | POSTAGE |
|  | DIBF | 60360 | OFFICE EQUIPMENT SUPPLIES |
|  | DIBF | 64292 | MAINTENANCE SUPPLIES |
|  | DIBF | 64292 | MAINTENANCE SUPPLIES |
|  | DIBF | 50299 | ROOMS EXPENSE- MISCELLANEOUS |
|  | DIBF | 60200 | TRAVEL MILEAGE (NON SALES) |
|  | DIBF | 64210 | POOL SUPPLIES & REPAIR |
|  | DIBF | 64292 | MAINTENANCE SUPPLIES |
|  | DIBF | 64190 | LANDSCAPING |
|  | DIBF | 64640 | LOCK EXPENSE & REPAIR |
|  | DIBF | 62180 | PRINTING |
|  | DIBF | 50180 | LINEN |
|  | DIBF | 60440 | BUSINESS ENTERTAINING / MEALS |
|  | DIBF | 64240 | LIFE/SAFETY |
|  | DIBF | 60350 | OFFICE EQUIPMENT |
| FTB | DIBF | 60330 | LICENSES & TAXES |
| REIMBURSEMENT FOR CASH DEPOSIT | DIBF | 50111 | SALE TAXES |
|  | DIBF | 64310 | COMPUTER / IT SERVICES |

| Ck No. | Payment | Deposit | Trans. Total | CL | Ledger |
|---|---|---|---|---|---|
| 2161 | 1220 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2161 | 105.5 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2161 | 79 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2161 | 115.31 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2161 | 13.93 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2161 | 27.99 | 0 | 1561.73 | 8-18 | OPERATING - AP - 7884 |
| 2160 | 2500 | 0 | 2699.26 | 8-18 | OPERATING - AP - 7884 |
| 2160 | 106 | 0 | 2699.26 | 8-18 | OPERATING - AP - 7884 |
| 2160 | 93.26 | 0 | 2699.26 | 8-18 | OPERATING - AP - 7884 |
| 2138 | 2000 | 0 | 2000 | 8-18 | OPERATING - AP - 7884 |
| 2130 | 1300 | 0 | 1300 | 8-18 | OPERATING - AP - 7884 |
| 2124 | 579.15 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2124 | 60.23 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2124 | 27.99 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2124 | 115.32 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2124 | 27.01 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2124 | 38.79 | 0 | 848.49 | 7-18 | OPERATING - AP - 7884 |
| 2116 | 1000 | 0 | 1605.03 | 7-18 | OPERATING - AP - 7884 |
| 2116 | 408.96 | 0 | 1605.03 | 7-18 | OPERATING - AP - 7884 |
| 2116 | 196.07 | 0 | 1605.03 | 7-18 | OPERATING - AP - 7884 |
| 2107 | 208.36 | 0 | 582.23 | 7-18 | OPERATING - AP - 7884 |
| 2107 | 345.88 | 0 | 582.23 | 7-18 | OPERATING - AP - 7884 |
| 2107 | 27.99 | 0 | 582.23 | 7-18 | OPERATING - AP - 7884 |
| 2096 | 258.49 | 0 | 364.49 | 6-18 | OPERATING - AP - 7884 |
| 2096 | 106 | 0 | 364.49 | 6-18 | OPERATING - AP - 7884 |
| 2058 | 330.32 | 0 | 538.54 | 5-18 | OPERATING - AP - 7884 |
| 2058 | 208.22 | 0 | 538.54 | 5-18 | OPERATING - AP - 7884 |
| 2027 | 1931.98 | 0 | 1931.98 | 5-18 | OPERATING - OPR-AP - 0805 |
| 1998 | 650 | 0 | 650 | 4-18 | OPERATING - OPR-AP - 0805 |
| 1978 | 1535.78 | 0 | 1535.78 | 3-18 | OPERATING - OPR-AP - 0805 |

**15617.53**

| Date | Act. Per | DueDate | Vendor | Sub Vendor |
|------|----------|---------|--------|-----------|
| 09/17/18 | 04/01/18 | 04/27/18 | RHONDA CHUNG | PG&E |
| 09/17/18 | 05/01/18 | 05/29/18 | RHONDA CHUNG | PG&E |
| 09/17/18 | 05/01/18 | 05/29/18 | RHONDA CHUNG | PG&E |
| 09/17/18 | 04/01/18 | 04/27/18 | RHONDA CHUNG | PG&E |
| 09/17/18 | 04/01/18 | 04/27/18 | RHONDA CHUNG | PG&E |
| 09/10/17 | 11/01/17 | 11/01/17 | RHONDA CHUNG | PETTY CASH |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 08/20/18 | 01/01/18 | 01/01/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 07/29/18 | 07/01/18 | 07/29/18 | RHONDA CHUNG | |
| 06/05/18 | 06/01/18 | | RHONDA CHUNG | |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/31/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/31/18 | 05/01/18 | 05/31/18 | RHONDA CHUNG | |
| 05/30/18 | 06/01/18 | | RHONDA CHUNG | |
| 05/25/18 | 02/01/18 | 02/27/18 | RHONDA CHUNG | |
| 05/25/18 | 02/01/18 | 02/27/18 | RHONDA CHUNG | |
| 05/25/18 | 02/01/18 | 02/27/18 | RHONDA CHUNG | SOCALGAS |
| 05/25/18 | 02/01/18 | 02/27/18 | RHONDA CHUNG | SOCALGAS |
| 05/25/18 | 02/01/18 | 03/19/18 | RHONDA CHUNG | SOCALGAS |
| 05/25/18 | 02/01/18 | 03/19/18 | RHONDA CHUNG | |
| 05/25/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/25/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/25/18 | 08/01/17 | 08/29/17 | RHONDA CHUNG | SAFLOK |
| 05/25/18 | 08/01/17 | 08/29/17 | RHONDA CHUNG | SAFLOK |
| 05/25/18 | 08/01/17 | 08/29/17 | RHONDA CHUNG | SAFLOK |
| 05/25/18 | 06/01/17 | 07/19/17 | RHONDA CHUNG | PG&E |
| 05/25/18 | 06/01/17 | 07/19/17 | RHONDA CHUNG | PG&E |
| 05/23/18 | 05/01/18 | | RHONDA CHUNG | |
| 05/15/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/15/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/15/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |

| | | | | |
|---|---|---|---|---|
| 05/15/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/15/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/28/17 | RHONDA CHUNG | PG&E |
| 05/14/18 | 07/01/17 | 07/31/17 | RHONDA CHUNG | SAFLOK |
| 05/14/18 | 07/01/17 | 07/31/17 | RHONDA CHUNG | SAFLOK |
| 05/14/18 | 07/01/17 | 07/31/17 | RHONDA CHUNG | SAFLOK |
| 05/14/18 | 06/01/18 | | RHONDA CHUNG | |
| 05/14/18 | 05/01/18 | | RHONDA CHUNG | |
| 05/11/18 | 06/01/17 | 07/19/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 05/11/18 | 05/01/17 | 05/17/17 | RHONDA CHUNG | HD SUPPLY FACILITIES MAINTENANCE, LTD. |
| 05/11/18 | 05/01/18 | | RHONDA CHUNG | |
| 05/04/18 | 06/01/18 | | RHONDA CHUNG | |
| 05/04/18 | 05/01/18 | | RHONDA CHUNG | |
| 05/04/18 | 05/01/18 | | RHONDA CHUNG | |
| 03/22/18 | 03/01/18 | 03/22/18 | RHONDA CHUNG | CITY OF BAKERSFIELD |
| 03/21/18 | 03/01/18 | 03/21/18 | RHONDA CHUNG | CITY OF BAKERSFIELD |
| 03/15/18 | 01/01/18 | 01/25/18 | RHONDA CHUNG | SOCALGAS |
| 03/15/18 | 01/01/18 | 01/25/18 | RHONDA CHUNG | SOCALGAS |
| 03/15/18 | 01/01/18 | 01/25/18 | RHONDA CHUNG | SOCALGAS |
| 03/15/18 | 01/01/18 | 01/25/18 | RHONDA CHUNG | SOCALGAS |
| 03/05/18 | 03/01/18 | 03/02/18 | RHONDA CHUNG | |
| 12/03/17 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 06/28/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 05/01/17 | 05/29/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 06/15/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 06/01/17 | 06/15/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 06/01/17 | 06/15/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 06/01/17 | 06/15/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 06/01/17 | 06/15/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 06/01/17 | 07/19/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 06/01/17 | 07/19/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 05/01/17 | 06/19/17 | RHONDA CHUNG | PG&E |
| 12/03/17 | 04/01/17 | 04/28/17 | RHONDA CHUNG | SAFLOK |

| 12/03/17 | 04/01/17 | 04/28/17 | RHONDA CHUNG | SAFLOK |
|----------|----------|----------|--------------|--------|
| 12/03/17 | 04/01/17 | 04/28/17 | RHONDA CHUNG | SAFLOK |
| 12/03/17 | 12/01/16 | 12/22/16 | RHONDA CHUNG | SAFLOK |
| 11/28/17 | 11/01/17 | 11/28/17 | RHONDA CHUNG | |
| 10/17/17 | 10/01/17 | 10/17/17 | RHONDA CHUNG | |
| 10/17/17 | 10/01/17 | 10/17/17 | RHONDA CHUNG | |
| 10/05/17 | 12/01/16 | 12/10/16 | RHONDA CHUNG | BRIAN HUA |

| Customer No | Invoice No. | Invoice Date |
|---|---|---|
| N/A | 042718-P2-3 | 04/27/18 |
| N/A | 052918-P1 | 05/29/18 |
| N/A | 052918-P1 | 05/29/18 |
| N/A | 042718-P2-2 | 04/27/18 |
| N/A | 042718-P2-1 | 04/27/18 |
| N/A | 670661997 | 11/01/17 |
| N/A | 010118-P6 | 01/01/18 |
| N/A | 010118-P5 | 01/01/18 |
| N/A | 010118-P4 | 01/01/18 |
| N/A | 010118-P3 | 01/01/18 |
| N/A | 010118-P2 | 01/01/18 |
| N/A | 010118-P1 | 01/01/18 |
| N/A | 010118-P6-R1-B | 01/01/18 |
| N/A | 010118-P6-R1-A | 01/01/18 |
| N/A | 597472 | 07/29/18 |
| N/A | 041318 | 07/29/18 |
| N/A | 041318 | 07/29/18 |
| N/A | 041318 | 07/29/18 |
| N/A | 040418 | 07/29/18 |
| N/A | 040418 | 07/29/18 |
| N/A |  |  |
| N/A | 053118-P6 | 05/31/18 |
| N/A | 053118-P5 | 05/31/18 |
| N/A | 072817-P10 | 07/28/17 |
| N/A | 053118-P4 | 05/31/18 |
| N/A | 053118-P3 | 05/31/18 |
| N/A | 053118-P2 | 05/31/18 |
| N/A | 053118-P1 | 05/31/18 |
| N/A |  |  |
| N/A | 031918-8 | 02/27/18 |
| N/A | 031918-8 | 02/27/18 |
| N/A | 031918-8 | 02/27/18 |
| N/A | 031918-8 | 02/27/18 |
| N/A | 022718-9 | 02/27/18 |
| N/A | 022718-9 | 02/27/18 |
| N/A | 072817-P5 | 07/28/17 |
| N/A | 072817-P5 | 07/28/17 |
| N/A | 477758 | 08/29/17 |
| N/A | 477758 | 08/29/17 |
| N/A | 477758 | 08/29/17 |
| N/A | 062817-P7 | 06/28/17 |
| N/A | 062817-P7 | 06/28/17 |
| N/A |  |  |
| N/A | 072817-P9 | 07/28/17 |
| N/A | 072817-P4 | 07/28/17 |
| N/A | 072817-P2 | 07/28/17 |

| N/A | 072817-P2 | 07/28/17 |
|-----|-----------|----------|
| N/A | 072817-P1 | 07/28/17 |
| N/A | 072817-P8 | 07/28/17 |
| N/A | 072817-P8 | 07/28/17 |
| N/A | 072817-P7 | 07/28/17 |
| N/A | 072817-P6 | 07/28/17 |
| N/A | 072817-P6 | 07/28/17 |
| N/A | 072817-P3 | 07/28/17 |
| N/A | 072817-P3 | 07/28/17 |
| N/A | 474167 | 07/31/17 |
| N/A | 474167 | 07/31/17 |
| N/A | 474167 | 07/31/17 |
| N/A | | |
| N/A | | |
| N/A | 062817-P6 | 06/28/17 |
| N/A | 062817-P5 | 06/28/17 |
| N/A | 062817-P5 | 06/28/17 |
| N/A | 062817-P2 | 06/28/17 |
| N/A | 062817-P4 | 06/28/17 |
| N/A | 062817-P4 | 06/28/17 |
| N/A | 9154434843-P1 | 05/17/17 |
| N/A | | |
| N/A | | |
| N/A | | |
| N/A | | |
| N/A | 032218 | 03/22/18 |
| N/A | 032118 | 03/21/18 |
| N/A | 012518-8 | 01/25/18 |
| N/A | 012518-8 | 01/25/18 |
| N/A | 012518-9 | 01/25/18 |
| N/A | 012518-9 | 01/25/18 |
| N/A | 03022018 | 03/02/18 |
| N/A | 062817-P3 | 06/28/17 |
| N/A | 062817-P3 | 06/28/17 |
| N/A | 062817-P3 | 06/28/17 |
| N/A | 062817-P1 | 06/28/17 |
| N/A | 062817-P1 | 06/28/17 |
| N/A | 052917-P4 | 05/29/17 |
| N/A | 467776 | 06/15/17 |
| N/A | 467776 | 06/15/17 |
| N/A | 467776 | 06/15/17 |
| N/A | 467776 | 06/15/17 |
| N/A | 467776 | 06/15/17 |
| N/A | 052917-P3 | 06/28/17 |
| N/A | 052917-P3 | 06/28/17 |
| N/A | 042817-P2 | 05/28/17 |
| N/A | 462071 | 04/28/17 |

| N/A | 462071 | 04/28/17 |
| N/A | 462071 | 04/28/17 |
| N/A | 447225 | 12/22/16 |
| N/A | VOID CHECK | 11/28/17 |
| N/A | 101717-P2 | 10/17/17 |
| N/A | 101717-P1 | 10/17/17 |
| N/A | 121016 | 12/10/16 |

| Description | Internal Notes |
| --- | --- |
| 3/28-4/26 $8,322.87 | ARP 18 |
| 4/27-5/28 $13,450.59 | MAY 18 |
| FEE | MAY 18 |
| 3/28-4/26 $8,322.87 | ARP 18 |
| 3/28-4/26 $8,322.87 | ARP 18 |
| CAMERAS | CAMERAS |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| LIABILTITY INSURANCE | |
| INSURANCE DEPOSIT | WC DEPOSIT |
| GASOLINE | CONFERENCE |
| MEALS | CONFERENCE |
| LODGING | CONFERENCE |
| 23.99*30 BIG TOWELS | TOWELS |
| TAX | TOWELS |
| | 7884 |
| CASH OUT | |
| CASH OUT | |
| PMT OF 23,377.63 | JULY 2017,CONF# 3429761734171 |
| CASH OUT | CASH OUT |
| CASH OUT | CASH OUT |
| CASH OUT | CASH OUT |
| CASH OUT | CASH OUT |
| | |
| 3/29 CONVENIENCE FEE | MAR 18, 3/29 |
| 3/29 CONVENIENCE FEE | MAR 18, 3/29 |
| 1/23/18-2/23/18 | MAR 18, 3/29 |
| 1/23/18-2/23/18 | MAR 18, 3/29 |
| 1/23/18-2/23/18 | MAR 18 |
| 3/29 CONVENIENCE FEE | MAR 18 |
| PMT OF 23,377.63 | JULY 2017 |
| 2/8 FEE | JULY 2017 |
| 200 KEYS BLANK BLACK | |
| S + H | |
| SALES TAX | |
| 11/20 FEE | JUN 17 |
| PMT OF 25,232.65 | JUN 17 |
| DEPOSIT @ BRANCH | DEPOSIT |
| PMT OF 23,377.63 | JULY 2017,CONF# 3429761734171 |
| PMT OF 23,377.63 | JULY 2017,CONF# 3429761734171 |
| PMT OF 23,377.63 | JULY 2017,PMT 0029778264233 |

| | |
|---|---|
| 12/8 FEE | JULY 2017,PMT 0029778264233 |
| PMT OF 23,377.63 | JULY 2017,PMT 0029778264233 |
| PMT OF 23,377.63 | JULY 2017,CONF# 3429761734171 |
| 11/28 FEE | JULY 2017,CONF# 3429761734171 |
| PMT OF 23,377.63 | JULY 2017,CONF# 3429761734171 |
| PMT OF 23,377.63 | JULY 2017 |
| 2/8 FEE | JULY 2017 |
| PMT OF 23,377.63 | JULY 2017 |
| 2/8 FEE | JULY 2017 |
| 200 KEYS BLANK BLACK | |
| S + H | |
| SALES TAX | |
| | |
| | |
| PMT OF 25,232.65 | JUN 17 |
| PMT OF 25,232.85 | JUN 17 |
| 11/20 FEE | JUN 17 |
| JUN.17 OF 25,232.85 | JUN 17, PMT $4500 |
| PMT OF 25,232.85 | JUN 17 |
| 9/5 FEE | JUN 17 |
| ROOM SUPPLIES | |
| | |
| OPENING | OPENING |
| ACCOUNT OPENING | OPEN |
| ACCOUNT OPENING | OPEN |
| 1 OF  $14,443.02 | |
| 1 OF  $14,443.02 | |
| FEE | JAN 18 |
| 12/21/17-1/23/18 | JAN 18 |
| FEE | JAN 18 |
| 12/21/17-1/23/18 | JAN 18 |
| DEPOSIT TO 0797 | |
| JUN.17 OF 25,232.85 | JUN+JUL 17 |
| JUL.17 OF 23,377.63 | JUN+JUL 17 |
| 10/20 FEE | JUN+JUL 17 |
| JUN.17 OF 25,232.85 | JUN 17, PMT $4500 |
| 8/30 FEE | JUN 17, PMT $4500 |
| MAY BILL 2017 | MAY 17 |
| KEY SET MASTER | MASTER KEYS SET |
| KEYS MASTER - GREEN | MASTER KEYS SET |
| KEY QUERY - BLUE | MASTER KEYS SET |
| S + H | MASTER KEYS SET |
| SALES TAX | MASTER KEYS SET |
| MAY.17 OF 14,430.52 | JUN 2017 |
| JUN.17 OF 23,732.85 | JUN 2017 |
| MAY.17 OF 14,430.52 | MAY 2017 |
| 100 KEYS BLANK BLACK | |

| S + H | |
|---|---|
| SALES TAX | |
| ORDER 748866 | 748866 |
| VOID CHECK | VOID CHECK |
| OWNER CONTRIBUTION | |
| OWNER CONTRIBUTION | |
| MAINTENANCE SUPPLIES | BANQUET MAINT SUPPLIES |

| E/HID | COA | COA Name | Ck No. | Payment | Deposit |
|-------|-----|----------|--------|---------|---------|
| DIBF | 63010 | ELECTRICITY | 2180 | 322.02 | 0 |
| DIBF | 63010 | ELECTRICITY | 2180 | 677.13 | 0 |
| DIBF | 63010 | ELECTRICITY | 2180 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 2176 | 1500.5 | 0 |
| DIBF | 63010 | ELECTRICITY | 2174 | 1500.35 | 0 |
| DIBF | 15450 | BUILDING EQUIPMENT | 2165 | 1399.98 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2159 | 4500.2 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2157 | 3450.1 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2155 | 4000.05 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2153 | 4550.13 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2151 | 3500.1 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 2149 | 3368.15 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 1001 | -4500.2 | 0 |
| DIBF | 75025 | LIABILTY INSURANCE | 1001 | 4500.2 | 0 |
| DIBF | 60990 | WORKER'S COMP INSURANCE | 2121 | 1488 | 0 |
| DIBF | 60200 | TRAVEL MILEAGE (NON SALES) | 2120 | 196.02 | 0 |
| DIBF | 60240 | TRAVEL MEALS | 2120 | 443.27 | 0 |
| DIBF | 60230 | TRAVEL LODGING | 2120 | 509.07 | 0 |
| DIBF | 50299 | ROOMS EXPENSE- MISCELLANEOUS | 2119 | 719.7 | 0 |
| DIBF | 50111 | SALE TAXES | 2119 | 68.37 | 0 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 5500 |
| DIBF | 32000 | JOINT, OWNERS | 2075 | 4500 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 2074 | 4500 | 0 |
| DIBF | 63010 | ELECTRICITY | 2073 | 1147.84 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 2067 | 5500 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 2066 | 5500 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 2065 | 5000 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 2064 | 5000 | 0 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 3000 |
| DIBF | 50890 | CREDIT CARD FEES | 2055 | 1.5 | 0 |
| DIBF | 50890 | CREDIT CARD FEES | 2055 | 1.5 | 0 |
| DIBF | 63020 | GAS | 2055 | 1000 | 0 |
| DIBF | 63020 | GAS | 2055 | 889.13 | 0 |
| DIBF | 63020 | GAS | 2055 | 342.13 | 0 |
| DIBF | 50890 | CREDIT CARD FEES | 2055 | 1.5 | 0 |
| DIBF | 63010 | ELECTRICITY | 2054 | 1500 | 0 |
| DIBF | 63010 | ELECTRICITY | 2054 | 1.35 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2054 | 480 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2054 | 51.53 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2054 | 34.8 | 0 |
| DIBF | 63010 | ELECTRICITY | 2053 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 2053 | 4206.04 | 0 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 8000 |
| DIBF | 63010 | ELECTRICITY | 2046 | 439.94 | 0 |
| DIBF | 63010 | ELECTRICITY | 2045 | 412.22 | 0 |
| DIBF | 63010 | ELECTRICITY | 2045 | 2000 | 0 |

| DIBF | 63010 | ELECTRICITY | 2045 | 1.35 | 0 |
|------|-------|-------------|------|------|---|
| DIBF | 63010 | ELECTRICITY | 2044 | 3000 | 0 |
| DIBF | 63010 | ELECTRICITY | 2043 | 3500 | 0 |
| DIBF | 63010 | ELECTRICITY | 2043 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 2042 | 2000 | 0 |
| DIBF | 63010 | ELECTRICITY | 2041 | 1000 | 0 |
| DIBF | 63010 | ELECTRICITY | 2041 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 2041 | 2500 | 0 |
| DIBF | 63010 | ELECTRICITY | 2041 | 1.35 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2041 | 480 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2041 | 21.98 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 2041 | 34.8 | 0 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 2000 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 8000 |
| DIBF | 63010 | ELECTRICITY | 2040 | 2793.96 | 0 |
| DIBF | 63010 | ELECTRICITY | 2039 | 2000 | 0 |
| DIBF | 63010 | ELECTRICITY | 2039 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 2039 | 2203.34 | 0 |
| DIBF | 63010 | ELECTRICITY | 2038 | 3000 | 0 |
| DIBF | 63010 | ELECTRICITY | 2038 | 1.35 | 0 |
| DIBF | 50299 | ROOMS EXPENSE- MISCELLANEOUS | 2038 | 1000 | 0 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 8000 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 50 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 50 |
| DIBF | 32000 | JOINT, OWNERS | DD | 0 | 50 |
| DIBF | 24000 | SALES & USE TAXES | 1982 | 7442.02 | 0 |
| DIBF | 24000 | SALES & USE TAXES | 1979 | 7000 | 0 |
| DIBF | 63020 | GAS | 1969 | 3 | 0 |
| DIBF | 63020 | GAS | 1969 | 1822.24 | 0 |
| DIBF | 63020 | GAS | 1969 | 1.5 | 0 |
| DIBF | 63020 | GAS | 1969 | 559.81 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 1964 | 2500 | 0 |
| DIBF | 63010 | ELECTRICITY | 1889 | 7013.06 | 0 |
| DIBF | 63010 | ELECTRICITY | 1889 | 1986.94 | 0 |
| DIBF | 63010 | ELECTRICITY | 1889 | 1.35 | 0 |
| DIBF | 63010 | ELECTRICITY | 1888 | 2293.96 | 0 |
| DIBF | 63010 | ELECTRICITY | 1888 | 2.7 | 0 |
| DIBF | 63010 | ELECTRICITY | 1888 | 2204.69 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1888 | 61.5 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1888 | 10.25 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1888 | 10.25 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1888 | 18.46 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1888 | 5.96 | 0 |
| DIBF | 63010 | ELECTRICITY | 1887 | 301.32 | 0 |
| DIBF | 63010 | ELECTRICITY | 1887 | 2124.51 | 0 |
| DIBF | 63010 | ELECTRICITY | 1887 | 2074.17 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1887 | 240 | 0 |

| DIBF | 50308 | KEYS, GUEST ROOM | 1887 | 46.47 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1887 | 17.4 | 0 |
| DIBF | 50308 | KEYS, GUEST ROOM | 1887 | 5.55 | 0 |
| DIBF | 64890 | MISC. MAINTENANCE EXPENSE | 1002 | 0.01 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 1852 | 3000 | 0 |
| DIBF | 32000 | JOINT, OWNERS | 1851 | 2000 | 0 |
| DIBF | 14240 | CAP. EXP., MISC. MAINTENANCE | 1830 | 5100 | 0 |

146094.6

| Trans. Total | CL | Ledger |
|---|---|---|
| 1000.5 | | OPERATING - AP - 7884 |
| 1000.5 | | OPERATING - AP - 7884 |
| 1000.5 | | OPERATING - AP - 7884 |
| 1500.5 | | OPERATING - AP - 7884 |
| 1500.35 | | OPERATING - AP - 7884 |
| 1399.98 | | OPERATING - AP - 7884 |
| 4500.2 | 9-18 | OPERATING - AP - 7884 |
| 3450.1 | 9-18 | OPERATING - AP - 7884 |
| 4000.05 | | OPERATING - AP - 7884 |
| 4550.13 | 9-18 | OPERATING - AP - 7884 |
| 3500.1 | 9-18 | OPERATING - AP - 7884 |
| 3368.15 | | OPERATING - AP - 7884 |
| 0 | | OPERATING - AR - 0883 |
| 0 | | OPERATING - AR - 0883 |
| 1488 | 7-18 | OPERATING - AP - 7884 |
| 1148.36 | 7-18 | OPERATING - AP - 7884 |
| 1148.36 | 7-18 | OPERATING - AP - 7884 |
| 1148.36 | 7-18 | OPERATING - AP - 7884 |
| 788.07 | 7-18 | OPERATING - AP - 7884 |
| 788.07 | 7-18 | OPERATING - AP - 7884 |
| 5500 | 6-18 | OPERATING - AP - 7884 |
| 4500 | 5-18 | OPERATING - AP - 7884 |
| 4500 | | OPERATING - AP - 7884 |
| 1147.84 | 5-18 | OPERATING - AP - 7884 |
| 5500 | | OPERATING - AP - 7884 |
| 5500 | | OPERATING - AP - 7884 |
| 5000 | | OPERATING - AP - 7884 |
| 5000 | | OPERATING - AP - 7884 |
| 3000 | | OPERATING - TOT - 7348 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2235.76 | 5-18 | OPERATING - AP - 7884 |
| 2067.68 | 5-18 | OPERATING - AP - 7884 |
| 2067.68 | 5-18 | OPERATING - AP - 7884 |
| 2067.68 | 5-18 | OPERATING - AP - 7884 |
| 2067.68 | 5-18 | OPERATING - AP - 7884 |
| 2067.68 | 5-18 | OPERATING - AP - 7884 |
| 4207.39 | 5-18 | OPERATING - AP - 7884 |
| 4207.39 | 5-18 | OPERATING - AP - 7884 |
| 8000 | 5-18 | PAYROLL - PAYROLL - 0685 |
| 439.94 | 5-18 | OPERATING - OPR-AP - 0805 |
| 2413.57 | 5-18 | OPERATING - OPR-AP - 0805 |
| 2413.57 | 5-18 | OPERATING - OPR-AP - 0805 |

| | | |
|---|---|---|
| 2413.57 | 5-18 | OPERATING - OPR-AP - 0805 |
| 3000 | 5-18 | OPERATING - OPR-AP - 0805 |
| 3501.35 | 5-18 | OPERATING - OPR-AP - 0805 |
| 3501.35 | 5-18 | OPERATING - OPR-AP - 0805 |
| 2000 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4039.48 | 5-18 | OPERATING - OPR-AP - 0805 |
| 2000 | | OPERATING - TOT - 7348 |
| 8000 | 5-18 | OPERATING - AR - 0883 |
| 2793.96 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4204.69 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4204.69 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4204.69 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4001.35 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4001.35 | 5-18 | OPERATING - OPR-AP - 0805 |
| 4001.35 | 5-18 | OPERATING - OPR-AP - 0805 |
| 8000 | 5-18 | OPERATING - AR - 0883 |
| 50 | | OPERATING - TOT - 7348 |
| 50 | 5-18 | OPERATING - AR - 0883 |
| 50 | 5-18 | PAYROLL - PAYROLL - 0685 |
| 7442.02 | 3-18 | OPERATING - OPR-AP - 0805 |
| 7000 | 3-18 | OPERATING - OPR-AP - 0805 |
| 2386.55 | 4-18 | OPERATING - OPR-AP - 0805 |
| 2386.55 | 4-18 | OPERATING - OPR-AP - 0805 |
| 2386.55 | 4-18 | OPERATING - OPR-AP - 0805 |
| 2386.55 | 4-18 | OPERATING - OPR-AP - 0805 |
| 2500 | 3-18 | OPERATING - OPR-AP - 0805 |
| 9001.35 | 12-17 | OPERATING - OPR-AP - 0805 |
| 9001.35 | 12-17 | OPERATING - OPR-AP - 0805 |
| 9001.35 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4607.77 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |

| | | |
|---|---|---|
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 4809.42 | 12-17 | OPERATING - OPR-AP - 0805 |
| 0.01 | | OPERATING - OPR-AR - 0797 |
| 3000 | 12-17 | OPERATING - OPR-AP - 0805 |
| 2000 | 12-17 | OPERATING - OPR-AP - 0805 |
| 5100 | 10-17 | OPERATING - OPR-AP - 0805 |